IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-01033-WYD-MJW

JANET WILSON and
EASTSIDE ACTION SUPPORT TEAM,

　　　Plaintiffs,

v.

THE CITY OF PUEBLO, COLORADO, a municipal corporation,

　　　Defendant.

## ORDER OF DISMISSAL

　　　THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Case, With Prejudice (ECF No. 26), filed September 6, 2017.  After reviewing the file and being fully advised in the premises, it is

　　　ORDERED that the Stipulated Motion to Dismiss Case, With Prejudice is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

　　　Dated:  September 6, 2017

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Senior United States Dsstrict Judge